IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01911-BNB

CLARENCE A. WALKER,

    Plaintiff,

v.

ELAINE MEYER,
DENTIST'S ROLD,
LT. CORTNEY, and
JILL PITCHER,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 23 2008

GREGORY C. LANGHAM
CLERK

_____

## ORDER DRAWING CASE

_____

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the

court has determined that this case does not appear to be appropriate for summary

dismissal. Therefore, the case will be drawn to a district judge and to a magistrate

judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate

judge.

DATED September 23, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   08-cv-01911-BNB

Clarence A. Walker
Prisoner No. 13673
Arapahoe County Det.
PO Box 4918
Englewood, CO 80155


        I hereby certify that I have mailed a copy of the **ORDER** to the above-named
individuals on __9/23/08__

                                        GREGORY C. LANGHAM, CLERK

                                    By: _____
                                                Deputy Clerk