FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 - 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 08-cv-01911-REB-KLM

CLARENCE A. WALKER,

      Plaintiff,

v.

ELAINE MEYER.
DENTIST'S ROLD,
LT. CORTNEY, and
JILL PITCHER,

      Defendants.

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

**Blackburn, J.**

This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed *in forma pauperis*.

**THEREFORE, IT IS ORDERED** as follows:

1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from each of the defendants;

2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d);

3. That all costs of service shall be advanced by the United States; and

4. That after service of process, any defendant or counsel for any defendant having been served shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

Dated September 30, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01911-REB-KLM

Clarence A. Walker
#13673
Arapahoe County Det. Facility
PO Box 4918
Englewood, CO 80155

US Marshal Service
Service Clerk
Service forms for: Elaine Meyer, Dentist's Rold, Lt. Cortney, and Jill Pitcher

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Elaine Meyer, Dentist's Rold, Lt. Cortney, and Jill Pitcher: AMENDED COMPLAINT FILED 09/08/08, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 10/2/08.

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk