IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01911-REB-KLM

CLARENCE WALKER,

    Plaintiff,

v.

ELAINE MEYER,
DENTIST'S ROLD,
LT. CORTNEY,
JILL PRITCHER,

    Defendant(s).
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Leave to File an Amended Complaint** [Docket No. 14; Filed October 7, 2008] (the "Motion"). Plaintiff is a *pro se* prisoner incarcerated at the Arapahoe County Detention Facility. He seeks leave to amend his complaint to add Janine Mays as a Defendant and assert Eighth and Fourteenth Amendment claims against her. Plaintiff, who has not amended his complaint previously, may do so once as a matter of course without leave of Court pursuant to Fed. R. Civ. P. 15(a) as no answer or responsive pleading has been filed. Accordingly,

    IT IS HEREBY **ORDERED** that Plaintiff's Motion is **GRANTED**. Plaintiff shall file an "Amended Complaint" which asserts claims against all parties he wishes to pursue in this litigation on or before **October 22, 2008**.

    IT IS FURTHER **ORDERED** that Plaintiff shall file his "Amended Complaint" on the Court's Prisoner Complaint form.

    IT IS FURTHER **ORDERED** that the Clerk of Court shall mail to Plaintiff, together with a copy of this Minute Order, two copies of the following form: Prisoner Complaint.

Dated: October 8, 2008