IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01911-REB-KLM

CLARENCE WALKER,

    Plaintiff,

v.

ELAINE MEYER,
DENTIST'S ROLD,
LT. CORTNEY,
JILL PRITCHER,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Dismiss Janine Mays as a Defendant and to Keep Original Complaint** [Docket No. 19; Filed October 15, 2008] (the "Motion"). The Court recently granted Plaintiff leave to amend his complaint to add Janine Mays as a Defendant and assert Eighth and Fourteenth Amendment claims against her [Docket No. 18]. However, Plaintiff no longer wishes to amend his complaint and add Janine Mays as a party. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED as moot**. Because Janine Mays is not a party to this litigation, dismissal of her is not appropriate. The Court accepts Plaintiff's representation that he intends to proceed with his original complaint. The Court notes that the United States Marshal was directed to serve the summons and complaint on the named Defendants on October 2, 2008 [Docket No. 13]. The Court will set this case for a preliminary scheduling conference upon completion of service.

Dated: October 16, 2008