IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01911-REB-KLM

CLARENCE WALKER,

    Plaintiff,

v.

ELAINE MEYER,
DENTIST'S ROLD,
LT. CORTNEY,
JILL PRITCHER,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant Dr. Pritcher's Motion for Leave to Depose Prisoner Plaintiff** [Docket No. 74; Filed March 27, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that Motion is **GRANTED**. Pursuant to Fed. R. Civ. P. 30(a)(2), (d), Defendant Pritcher is given leave to depose Plaintiff on a date and time agreed upon by the parties, but for no more than seven hours.

Dated:    March 27, 2009