IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-01911-REB-KLM

CLARENCE WALKER,

    Plaintiff,

v.

ELAINE MEYER,
DENTIST'S ROLD,
LT. CORTNEY,
JILL PITCHER,

    Defendant(s).
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Order Injunctive Relief Against Meyer and Pitcher** [Docket No. 81; Filed April 15, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**.  As a preliminary matter, Plaintiff fails to attach a certificate that the Motion was served on the opposing parties.  Per my Orders dated January 28, 2009 and February 10, 2009, the Court warned Plaintiff that every motion must be accompanied by proof of service pursuant to Fed. R. Civ. P. 5(d) [Docket No. 65 & 69].  The present Motion again fails to contain the necessary certification of service.  Further, the Motion is not signed as required by D.C. Colo. L. Civ. R. 10.1(K) & 11.1.  Either defect justifies denial of the Motion.  In addition, the Motion seeks relief to which Plaintiff is not entitled against nonparty Arapahoe County Detention Center.  Fed. R. Civ. P. 65 (noting that injunctive relief is available only against parties or the parties' agents).  Finally, the Motion seeks relief on behalf of every prisoner at the Arapahoe County Detention Facility.  As this is a not a class action, Plaintiff is not entitled to seek relief on behalf of others.

Dated:        April 20, 2009