**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  08-cv-01911-REB-KLM

CLARENCE A. WALKER,

    Plaintiff,

v.

ELAINE MEYER, and
JILL PITCHER,

    Defendants.

---

**MINUTE ORDER**[1]

---

    The matter comes before the court on plaintiff's **Order to Proceed to Trial by Jury** [#94] filed May 20, 2009.  The court has construed this pleading as a motion to set a trial date in this matter.  The motion is **GRANTED** in part.  On Wednesday, **May 27, 2009**, at 11:00 a.m., the court shall conduct a telephonic setting conference with the court's Administrative Assistant, Susan Schmitz, at (303) 335-2350, in order to set this matter for a trial preparation conference and jury trial.  Counsel for the **defendants** shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated:  May 21, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.