**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  08-cv-01911-REB-KLM

CLARENCE A. WALKER,

      Plaintiff,

v.

ELAINE MEYER, and
JILL PITCHER,

      Defendants.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge** [#14] filed June 1, 2009.  No objections having been filed to the recommendation, I review it only for plain error.  ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[1]  Finding no error – let alone plain error – in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the  **Recommendation of United States Magistrate Judge** [#112] filed June 8, 2009, is **APPROVED AND ADOPTED** as an order of this court;

      2.  That plaintiff's **Eminent** (sic) **Emergency Section 1983 Relief Motion To**

---

[1] This standard pertains even though plaintiff is proceeding *pro* se in this matter.  ***Morales-Fernandez***, 418 F.3d at 1122.

2

**Order Injunctive Relief Against Defendant Meyer and Pitcher** [#84] filed April 29, 2009, is **DENIED**; and

      3.  That plaintiff's **Eminent** (sic) **Emergency Section 1983 Relief Declaration Under Penalty of Perjury** [#110], filed June 2, 2009, which has been construed as a motion asking the court to enter the injunctive relief requested by the original motion, is **DENIED AS MOOT**.

      Dated July 8, 2009, at Denver, Colorado.

                                    **BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge